AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
11/18/2025
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

USA §
§
vs. §
§ CASE NUMBER: PE:25-M -00603(1)
(1) Rene PENA SANTIESEBAN §

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Rene PENA SANTIESEBAN, was represented by counsel, FPD Christopher J. Carlin.

The defendant pled guilty to the complaint on November 18, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Arrest |
|---|---|---|
| 8 USC 1325(a)(1) | ILLEGAL ENTRY | 11/16/2025 |

As pronounced on November 18, 2025, The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Time Served**. Such sentence of Time Served to take effect no sooner than forty-eight hours once received by the U.S. Marshals Service. If such release should occur on a weekend or recognized holiday, the release shall take effect the next official business day. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 18th day of November, 2025.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Arresting Agency: Marfa Sector Border Patrol
USM #:

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA § | | |
| § | | |
| vs. § | Case Number: | PE:25-M -00603(1) |
| (1) Rene PENA SANTIESEBAN § | | |
| *Defendant* § | | |

### INITIAL APPEARANCE/ ARRAIGNMENT/ PLEA AND SENTENCE

On November 18, 2025, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID B. FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.
2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.
3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.
4) The right to a preliminary examination if not indicted; and,
5) The right to consideration of bail.

**Attorney**
( X ) Carlin, Christopher J.   FPD

**Bond**
(  ) No Bond Set.
**OTHER**
(  )

### SENTENCE IMPOSED BY THE COURT

(X)   Initial Appearance WAIVED, Arraignment/Plea and Sentence HELD
      Sentenced to: TIME SERVED
      Special Assessment: REMITTED

(  )   Waived Initial Appearance- Govt moves to DISMISS case, Court Accepts: **CASE DISMISSED.**

**Interpreter Needed:**   YES-Luis Navarro          Court Reporter  FTR-Alpine

**Language Barrier Disclosure:**   It was established this Initial Appearance this defendant has a potential language barrier.  Native Language is :

| | |
|---|---|
| Time:  10:01 - 10:14 a.m.   13 mins | Arrested on: 11/16/2025  in Presidio County |

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
11/18/2025
Clerk, U.S. District Court
Western District of Texas

by: Y. Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:25-M -00603(1) |
| | § |
| (1) Rene PENA SANTIESEBAN | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 16, 2025** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter or attempt to enter the United States at a time and place other than as designated by immigration officers.
in violation of Title     **8**     United States Code, Section(s)     **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   "The defendant, Rene PENA SANTIESEBAN was arrested on November 16, 2025, in the Western District of Texas by Marfa Border Patrol Agents. The defendant is a citizen and national of Mexico, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about June 16, 2023 in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port

**Continued on the attached sheet and made a part of hereof.**

/s/ Ryan Muniz

Signature of Complainant
Border Patrol Agent

November 18, 2025                         at   Alpine, Texas
Date                                                      City and State

Complaint sworn to in my presence and and signed electronically on this date.
**FED.R.CRIM.P. 4.1(b)(2)(A)**

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                         Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:25-M -00603(1)

WESTERN DISTRICT OF TEXAS

(1) Rene PENA SANTIESEBAN

FACTS   (CONTINUED)

of entry by the Secretary of Homeland Security.  The Defendant is not in possession of Immigration documents allowing him/her to be in, or remain in, the United States legally.

Defendant is a citizen and national of Mexico.


IMMIGRATION HISTORY:
PENA SANTIESEBAN, RENE has been granted 1 voluntary departure, the last on February 23, 2009, through PASO DEL NORTE, TX, BRIDGE.


CRIMINAL HISTORY:
PENA SANTIESEBAN, RENE has no known criminal history.